IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND SHERMAN, SR.,

        Plaintiff,                    No. CIV S-08-1605 GEB KJM P

    vs.

SUZZAN HUBBARD, et al.,

        Defendants.          <u>ORDER</u>

          Plaintiff has requested an extension of time to file objections to the January 21, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Docket No. 11) is granted; and

        2. Plaintiff is granted until March 28, 2009 to file objections to the January 21, 2009 findings and recommendations.

DATED: February 11, 2009.

                                                        U.S. MAGISTRATE JUDGE

1  /mp

2  sher1605.36